# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Linda Susan VanPelt | Case No : | 15−24979 − E − 13C |
| --- | --- | --- | --- |
| | | Date : | 09/09/2015 |
| | | Time : | 10:00 |

| Matter : | [35] – Motion/Application to Dismiss Case [DPC−2] Filed by Trustee David Cusick (jtis) |
| --- | --- |

| Judge : | Ronald H. Sargis | Courtroom Deputy : | Sheryl Arnold |
| --- | --- | --- | --- |
| Department : | E | Reporter : | Diamond Reporters |

**APPEARANCES for :**
**Movant(s) :**
  Talvinder Bambhra (for the Trustee)
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss the Chapter 13 case filed by the Chapter 13 Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Dismiss is granted and the case is dismissed.

Dated: September 17, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court